Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **IN RE:** | **CASE: 22-23507** |
| Jaime Myrup Holdaway | **CHAPTER 13** |
| **Debtor** | **Hon. JOEL T. MARKER** |

### TRUSTEE'S CONTINUING OBJECTION TO CONFIRMATION

The Standing Chapter 13 Trustee, hereby objects to confirmation based on the following unresolved issues:

1. Schedule E/F fails to list a complete mailing address for the following creditor(s): Money Stash UT.

2. The Debtor(s) list on Schedule J an expense for a vehicle payment of $300.00.  The Debtor(s) should either substantiate this expense with admissible, documentary evidence, or remove it from Schedule J.

3. The following creditor objection(s) remain unresolved: UTAH STATE TAX COMMISSION.

4. The plan is not feasible in that it is presently projected to require more than 60 months to make all payments required by the plan.

THEREFORE, the Trustee has an ongoing objection to the confirmation.

Dated: November 8, 2022                    LAJ /S/
                                           LON A. JENKINS
                                           CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Continuing Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on November 08, 2022:

BRIAN WURTZ, ECF Notification

/s/ Stephanie Beals