**This order is SIGNED.**

**Dated: December 5, 2022**



_____
**JOEL T. MARKER**
**U.S. Bankruptcy Judge**



*msc*

---

Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE District of Utah

| | |
|---|---|
| **IN RE:** | **CASE: 22-23507** |
| Jaime Myrup Holdaway | **CHAPTER 13** |
| | **HON. JOEL T. MARKER** |
| **Debtor** | Confirmation Hearing: November 22, 2022 |

### ORDER CONTINUING CONFIRMATION HEARING BY CONSENT OF PARTIES AND CONDITIONS TO AVOID DISMISSAL

A hearing on confirmation of the Chapter 13 plan came before this Court on November 22, 2022  10:00 am.  The Standing Chapter 13 Trustee appeared personally or by counsel and other parties, if any, made their appearances on the record.  Based on the representations of counsel and the Trustee, and having determined that all requirements for confirmation have NOT been met, the Court hereby ORDERS:

The hearing on confirmation is continued to January 17, 2023 @10:00AM.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Order Continuing Confirmation Hearing was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on November 28, 2022.

BRIAN WURTZ, ECF Notification

/s/ Stephanie Beals

## DESIGNATION OF PARTIES TO BE SERVED

Jaime Myrup Holdaway, 3710 South Chula Drive, Salt Lake City, UT  84128



BRIAN WURTZ, ECF Notification

LON A. JENKINS, CHAPTER 13 TRUSTEE, ECF NOTIFICATION